UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CR-20959-HUCK/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN ZULUAGA-VELENO,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Chris McAliley's Report and Recommendation on Change of Plea [D.E. 59], which was entered on August 22, 2018. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Juan Zuluaga-Veleno, be found to have freely and voluntarily entered a plea of guilty to the crime charged in the Second Superseding Indictment, namely knowingly and willfully conspiring with others to distribute a controlled substance, specifically 5 kilograms or more of a substance containing cocaine, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, sections 959 and 963 (Count 1). Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Rather, Defendant filed Objections to Report and Recommendations on August 30, 2018 [D.E. 61] stating that Defendant has no objections to

Magistrate Judge McAliley's Report and Recommendation. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 59] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and he is adjudged guilty of knowingly and willfully conspiring with others to distribute a controlled substance, specifically 5 kilograms or more of a substance containing cocaine, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, sections 959 and 963. A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Wednesday, November 14, 2018, at 9:00 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on September 4, 2018.

Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Service